UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERNAN OROZCO, | ) | Case No. CV 08-3291 AHM (CT) |
| | ) | |
|     Petitioner, | ) | |
| | ) | **J U D G M E N T** |
|   v. | ) | |
| | ) | |
| NORM KRAMER, Warden, | ) | |
| | ) | |
|     Respondent. | ) | |

    In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: April 14, 2009

                                                A. HOWARD MATZ
                                      UNITED STATES DISTRICT JUDGE